IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PEACH STATE LABS,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, and ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No.<br>4:14-CV-00055-HLM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Respectfully submitted, this 3rd day of April, 2018.

[Signatures on following page]

255485.1

- 1 -

- 2 -

| | |
|---|---|
| BRINSON, ASKEW, BERRY, SEIGLER, SEIGLER, RICHARDSON & DAVIS, LLP | COZEN O'CONNOR |

By:   */s/ A. Franklin Beacham III*
     A. Franklin Beacham III
     Georgia Bar No. 043743
     J. Anderson Davis
     Georgia Bar No. 211077
     Lee B. Carter
     Georgia Bar No. 595903
     Post Office Box 5007
     Rome, GA 30162-5007
     Phone:  706/291-8853
     fbeacham@brinson-askew.com
     adavis@brinson-askew.com
     lcarter@brinson-askew.com

*Counsel for Plaintiff*

By:   */s/ Jennifer A. Kennedy-Coggins*
     Jennifer A. Kennedy-Coggins
     Georgia Bar No. 141577=
     The Promenade
     1230 Peachtree Street NE
     Suite 400
     Atlanta, GA 30309
     Phone:  404/572-2066
     JKennedy-Coggins@cozen.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

This certifies that I have this day filed the within and foregoing **Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following parties at interest:

John L. Williams
Nadia Bugaighis
Cozen O'Connor – WA
Suite 5200, 1201 3rd Avenue
Seattle, WA 98101
jlwilliams@cozen.com
nbugaighis@cozen.com
*Attorneys for Defendants*

Jennifer Ann Kennedy-Coggins
Cozen O'Connor – GA
1230 Peachtree Street NE, Suite 400
Atlanta, GA 30309
Jkennedy-coggins@cozen.com
*Attorneys for Defendants*

V. Morgan Carroll
McMickle, Kurey, & Branch, LLP
200 South Main Street
Alpharetta, GA 30009
mcarroll@mkblawfirm.com
*Attorneys for Defendants*

This 3rd day of April, 2018.

By:  /s/A. Franklin Beacham III
     A. FRANKLIN BEACHAM III
     Georgia Bar No. 043743